Joseph H. Acheson, Respondent, v. Joseph J. Steinharter and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, on the ground that the convenience of witnesses clearly requires the trial to be held in New York county. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

Leonard Fisher and Another, Copartners, etc., Respondents, v. Ernest Sandle, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

The People of the State of New York, Respondent, v. James Sardi and Others, Appellants.— Judgments of conviction of the defendants James Sardi and Joe Gambatese affirmed. Motion to dismiss appeal of the defendant Ned Farage granted. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Frank L. Del Vecchio, Respondent, v. August Myers and Others, Appellants.— Judgments and order reversed on the law and facts, and a new trial granted, with costs to the appellants to abide the event, upon the ground that the evidence offered by the plaintiff to the effect that the plaintiff won a large prize on one ticket purchased by him and was cheated out of it, did not go to the issue involved and was highly prejudicial; also that the evidence of the number of tickets purchased by the plaintiff is not sufficiently clear and convincing to uphold the verdict. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Frank L. Del Vecchio, Respondent, v. August Myers and Others, Appellants.— Order reversed, without costs of this appeal to either party, and motion granted, upon condition that the defendants pay to the plaintiff on or before November 15, 1930, all costs accrued to the date of entry of this order, and also reimburse the plaintiff for the costs paid to open the default. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

Anna Durnin, Respondent, v. Ætna Life Insurance Company, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Anna M. Williams, as Administratrix, etc., of John J. Houck, Deceased, Appellant, v. The State of New York, Respondent.█— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

Matthew A. Carton and Others, Appellants, v. Robert D. Fraser, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

David Campbell and Others, Respondents, v. New York Central Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

James O. Sebring, Respondent, v. Fidelity-Phenix Insurance Company of New York, Appellant.— Motion for leave to appeal to Court of Appeals granted. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.